No. 660. NATIONAL MANUFACTURING CO. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Clay C. Rogers* and *Byron Spencer* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Morton Hollander* for the United States. ▆

No. 661. SPECTOR MOTOR SERVICE, INC. *v.* MESSNER, SECRETARY OF REVENUE, ET AL. Supreme Court of Pennsylvania, Middle District. Certiorari denied. *James M. Marsh* and *J. Harry LaBrum* for petitioner. *Frank F. Truscott,* Attorney General of Pennsylvania, and *Harry F. Stambaugh* for respondents. ▆

No. 663. UNITED STATES EX REL. MATRANGA *v.* MACKEY, COMMISSIONER OF IMMIGRATION AND NATURALIZATION, ET AL. C. A. 2d Cir. Certiorari denied. *Alfred E. Santangelo* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Edward S. Szukelewicz* for respondents. ▆

No. 665. KANN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied. *F. T. Weil* for petitioners. *Robert L. Stern,* then Acting Solicitor General, *Assistant Attorney General Holland, Ellis N. Slack* and *Hilbert P. Zarky* for respondent. ▆

No. 669. MONARCH MACHINE TOOL CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. *John C. Gall* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling* and *Dominick L. Manoli* for respondent. ▆